# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

THOMAS G. FOSKARIS,                              )        Case No. 2:16-cv-01027-GMN-NJK
                                                 )
                   Plaintiff(s),                 )
                                                 )        ORDER
vs.                                              )
                                                 )        (Docket No. 11)
ALLIED COLLECTION SERVICES, INC.,  et al.,       )
                                                 )
                   Defendant(s).                 )
                                                 )

Pending before the Court is a stipulation to extend.  Docket No. 11.  The stipulation and the proposed order do not match.  Accordingly, the stipulation is **DENIED** without prejudice.

IT IS SO ORDERED.

DATED: June 8, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge