# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS G. FOSKARIS,                    )<br>                                                      )<br>                         Plaintiff,          )<br>          vs.                                      )<br>                                                      )<br>OCWEN LOAN SERVICING, LLC;       )<br>EXPERIAN INFORMATION SOLUTIONS,  )<br>INC.,                                              )<br>                                                      )<br>                         Defendants.      )<br>_____) | Case No.: 2:16-cv-01027-GMN-NJK<br><br>**ORDER** |

Pending before the Court is the Motion to Amend and Correct the Complaint, (ECF No. 28), filed by Plaintiff Thomas G. Foskaris ("Plaintiff").  For the reasons discussed below, the Court GRANTS Plaintiff's Motion to Amend.

## I.      BACKGROUND

Plaintiff originally filed this lawsuit on May 6, 2016. (Compl., ECF No. 1).  On July 16, 2016, Plaintiff filed a Motion to Amend and Correct the Complaint. (ECF No. 28).  No defendant filed a response, and the deadline to do so has passed.

## II.     DISCUSSION

Local Rule 7-2(d) provides that "[t]he failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion." D. Nev. R. 7-2(d).  Given the defendants' failure to file an opposition, the Court grants the Motion pursuant to Local Rule 7-2(d).

**III.     CONCLUSION**

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Amend and Correct the Complaint, (ECF No. 28), is **GRANTED**.

**IT IS FURTHER ORDERED** that the pending Motion to Dismiss, (ECF No. 21), is **DENIED without prejudice** as moot.

**DATED** this ___27___ day of November, 2016.

_____
Gloria M. Navarro, ~~Chief~~ Judge
United States District Judge