Bob L. Olson, Esq.
Nevada Bar No. 3783
Charles E. Gianelloni, Esq.
Nevada Bar No. 12747
V.R. Bohman, Esq.
Nevada Bar No. 13075
Blakeley E. Griffith, Esq.
Nevada Bar No. 12386
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV  89169
Telephone:  (702) 784-5200
Facsimile:  (702) 784-5252
Email:  bolson@swlaw.com
           cgianelloni@swlaw.com
           vbohman@swlaw.com
           bgriffith@swlaw.com
*Attorneys for Defendant*
*Experian Information Solutions, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS G. FOSKARIS,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>ALLIED COLLECTION SERVICES, INC.; CAPITAL ONE BANK, NATIONAL ASSOCIATION; OCWEN LOAN SERVICING, LLC; AMERICAN EXPRESS CO.; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>　　　　　Defendants. | Case No. 2:16-cv-01027-GMN-NJK<br><br>**JOINT STATUS REPORT** |

The action between Plaintiff Thomas G. Foskaris ("Plaintiff") and Defendant Experian Information Solutions, Inc. ("Experian") (collectively referred to as the "Parties") has been settled.

///

///

///

4817-1207-6356

The Parties have agreed on the settlement terms and are in the process of exchanging a settlement agreement. The Parties anticipate filing dismissal documents as to Experian on or before April 7, 2017.

DATED this 7th day of March 2017.

SNELL & WILMER L.L.P.

By: /s/ V.R. Bohman
Bob L. Olson, Esq.
Charles E. Gianelloni, Esq.
V.R. Bohman, Esq.
Blakeley E. Griffith
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252

*Attorneys for Defendant Experian Information Solutions, Inc.*

KNEPPER & CLARK, LLC

By: /s/ Miles N. Clark
Matthew I. Knepper, Esq.
Miles N. Clark
10040 W Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129

*Attorneys for Plaintiff*

### ORDER

It IS HEREBY ORDERED that parties shall file dismissal documents on or before April 7, 2017.

Dated this __9__ day of March, 2017.

Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT

- 2 -

4817-1207-6356